**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSHUA S. CROWE,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:08-cv-700-Orl-31DAB**

**JASON GAINOR,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT (Doc. No. 12)** |
| **FILED:** | **May 12, 2008** |

**THEREON** it is **ORDERED** that the motion is **DENIED**. If there were any doubt, Plaintiff's response (Doc. No. 14) makes it clear that this is an individual capacity suit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 27, 2008.

                                                      GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party